# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133356

PATRICIA LUTES,
      Plaintiff-Appellant,

v

SC: 133356
COA: 272414
Macomb CC: 05-001813-NO

ST. JOHN HOSPITAL AND MEDICAL
CENTER, d/b/a ST. JOHN HOSPITAL
CORPORATION,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

Clerk